UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jose Manuel Lema,

                      Plaintiff(s),

    -v-

United States Department of Homeland Security, et al.,

                      Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 6763 (LTS)(GWG)

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: AUG 1 3 2008

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | _X_ | Habeas Corpus |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                August 12, 2008

                                            LAURA TAYLOR SWAIN
                                            United States District Judge