**MANUEL D. GOMEZ & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 1010
NEW YORK, NEW YORK 10007

FAX: (212) 571-2302

TELEPHONE: (212) 571-2640

<u>Via Facsimile to 212-805-4268</u>

August 20, 2008

Hon. Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
Courtroom 17A
New York, New York 10007

**MEMORANDUM ENDO**

        Re:    ***Jose Manuel Lema***
                   *08 Civ. 6763*

Hon. Gorenstein:

This office is representing Jose Manuel Lema in his petition for a Writ of Habeas Corpus. Please permit this letter to serve as a request to have a conference on Mr. Lema's petition at the earliest time convenient to the court.

Very truly,

**MANUEL D. GOMEZ**

To (By Hand):
District Counsel (ICE)
26 Federal Plaza
Room 1130
New York, New York 10278

---

This letter cites no legal basis or reason for the holding of a conference. No proof of service has been filed in this matter. In addition, the United States has 60 days to answer under Fed. R. Civ. P. 12(a)(2).

SO ORDERED:  DATE: 8/25/2008

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

WEBSITE: WWW.MANUELDGOMEZ.COM
E-MAIL: MANUEL@MANUELDGOMEZ.COM